PATRICK BARRETT, as Administrator of the Estate of THOMAS BARRETT, Deceased, Appellant, *v.* THE LAKE ONTARIO BEACH IMPROVEMENT COMPANY, Respondent.

(Submitted April 27, 1903; decided May 5, 1903.)

Motion for reargument denied, with ten dollars costs. (See 174 N. Y. 310.)

---

AMELIA L. SPIES, as Executrix of FRANCIS SPIES, Deceased, Respondent, *v.* NATIONAL CITY BANK, Appellant.

(Submitted April 27, 1903; decided May 5, 1903.)

Motion for reargument denied, with ten dollars costs. (See 174 N. Y. 222.)

---

ALFRED BORNMANN, Respondent, *v.* THE STAR COMPANY, Appellant.

(Submitted April 27, 1903; decided May 5, 1903.)

Motion for reargument denied, with ten dollars costs. (See 174 N. Y. 212.)

---

JOHN E. O'CONNOR, as Surviving Partner of the Firm of JONES & O'CONNOR, Appellant, *v.* THE CITY OF NEW YORK, et al., Respondents.

(Submitted April 27, 1903; decided May 5, 1903.)

Motion for reargument denied, with ten dollars costs. (See 174 N. Y. 517.)